NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TIMOTHY D. MOORE,                          )
                                           )
            Appellant,                     )
                                           )
v.                                         )          Case No. 2D18-2594
                                           )
STATE OF FLORIDA,                          )
                                           )
            Appellee.                      )
_____)

Opinion filed January 4, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Mark Kiser,
Judge.


PER CURIAM.


            Affirmed.  See Grant v. State, 770 So. 2d 655 (Fla. 2000); Martin v. State,

888 So. 2d 661 (Fla. 2d DCA 2004).


CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.